B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Missouri
**Case No. 09–44116–abf7**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bradley Wayne Hampton  Karri Lea Hampton
1209 N.W. 55th Street  1209 N.W. 55th Street
Blue Springs, MO 64015  Blue Springs, MO 64015

Social Security / Individual Taxpayer ID No.:
xxx–xx–6095  xxx–xx–7950

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 12/2/09  Arthur B. Federman
 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – **Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0866-4              User: admin                 Page 1 of 1               Date Rcvd: Dec 03, 2009
Case: 09-44116                    Form ID: b18                Total Noticed: 11

The following entities were noticed by first class mail on Dec 05, 2009.
db/jdb       +Bradley Wayne Hampton,   Karri Lea Hampton,   1209 N.W. 55th Street,
               Blue Springs, MO 64015-2354
13136479     +Bank Of America,   P.O. Box 17054,   Wilmington DE 19884-0001
13136480     +Bank Of America,   C/O Frederick J. Hanna & Associates, PC,   1427 Roswell Rd,
               Marietta GA 30062-3668
13136481      Bank Of America,   C/O Client Services, Inc.,   3451 Harry Truman Blvd,
               Saint Charles MO 63301-4047
13136486     +U.S. Bank Home Mortgage,   4801 Frederica St.,   Owensboro KY 42301-7441
13136485    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,   C/O Phillips & Cohen Assoc, Ltd,   P.O. Boc 108,
               Saint Louis MO 63166-0000)
The following entities were noticed by electronic transmission on Dec 03, 2009.
smg           E-mail/Text: ecfnotices@dor.mo.gov                          Missouri Department of Revenue,
               General Counsel's Office,   PO Box 475,   Jefferson City, MO  65105-0475
13136479     +EDI: BANKAMER2.COM Dec 03 2009 17:08:00      Bank Of America,   P.O. Box 17054,
               Wilmington DE 19884-0001
13136481      EDI: BANKAMER2.COM Dec 03 2009 17:08:00      Bank Of America,   C/O Client Services, Inc.,
               3451 Harry Truman Blvd,   Saint Charles MO 63301-4047
13136483     +EDI: CHASE.COM Dec 03 2009 17:08:00      Chase,   201 Walnut St; #DE1-10,
               Wilmington DE 19801-2920
13136484     +EDI: RMSC.COM Dec 03 2009 17:08:00      Gemb/Care Credit,   950 Forrer Blvd,
               Kettering OH 45420-1469
13136485      EDI: USBANKARS.COM Dec 03 2009 17:08:00      U.S. Bank,   C/O Phillips & Cohen Assoc, Ltd,
               P.O. Boc 108,   Saint Louis MO 63166-0000
13136487     +EDI: WFNNB.COM Dec 03 2009 17:08:00      Wfnnb/Dress Barn,   P.O. Box 182273,
               Columbus OH 43218-2273
13136488     +EDI: WFNNB.COM Dec 03 2009 17:08:00      Wfnnb/Gordmans,   P.O. Box 2974,
               Shawnee Mission KS 66201-1374
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. Bank, N.A.
13136482*    +Bank Of America,   P.O. Box 17054,   Wilmington DE 19884-0001
                                                                                             TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2009**          **Signature:** *Joseph Speetjens*